**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No.: 1

| Case No.: | 23-53022 | | Trustee Name: | Brent A. Stubbins |
|---|---|---|---|---|
| Case Name: | GROGHAN, WILLIAM JON AND GROGHAN, RINNAH CHRISTINE | | Date Filed (f) or Converted (c): | 08/31/2023 (f) |
| For the Period Ending: | 11/9/2023 | | §341(a) Meeting Date: | 10/03/2023 |
| | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 710 Sixth Street Marietta OH 45750-0000 | $139,000.00 | $0.00 | | $0.00 | FA |
| 2 | Make: Harley Davidson Model: XL883 Year: 2000 | $4,450.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Amended Sch c | | | | | |
| 3 | Make: Ford Model: Mustang Year: 2006 | $1,671.00 | $1,525.00 | | $0.00 | FA |
| Asset Notes: | Amended Sch c | | | | | |
| 4 | Make: Ford Model: Explorer Year: 2021 | $25,000.00 | $0.00 | | $0.00 | FA |
| 5 | Household Goods: Household furnishings, appliances, crops, musical instruments, that are held primarily for the personal, family, or household use of the person no single item of which is worth more than $525. | $3,000.00 | $0.00 | | $0.00 | FA |
| 6 | Household Goods: Books, pictures and other art objects, antiques, stamps, coins, tapes, compact dics, and other collections or collectibles no single item over $525. | $2,000.00 | $0.00 | | $0.00 | FA |
| 7 | Firearms - (7) guns | $2,500.00 | $0.00 | | $0.00 | FA |
| 8 | Household Goods: Wearing apparel, no single item over $525. | $400.00 | $0.00 | | $0.00 | FA |
| 9 | Jewelry: Watch | $100.00 | $0.00 | | $0.00 | FA |
| 10 | Jewelry | $1,500.00 | $0.00 | | $0.00 | FA |
| 11 | Cash on hand | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Bank Account: Checking Account at Huntington Bank | $1,301.75 | $751.75 | | $0.00 | FA |
| 13 | Bank Account: Checking Account at Peoples Bank | $2.00 | $2.00 | | $0.00 | FA |
| 14 | Bank Account: Savings Account at Riverview Credit Union | $10.00 | $10.00 | | $0.00 | FA |
| 15 | Bank Account: Checking Account at Huntington Bank | $0.60 | $0.60 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| Case No.: | 23-53022 | Trustee Name: | Brent A. Stubbins |
| --- | --- | --- | --- |
| Case Name: | GROGHAN, WILLIAM JON AND GROGHAN, RINNAH CHRISTINE | Date Filed (f) or Converted (c): | 08/31/2023 (f) |
| For the Period Ending: | 11/9/2023 | §341(a) Meeting Date: | 10/03/2023 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16  Retirement Plan: 401k at Sewah Studios. Not property of the estate pursuant to 11 USC 541(b)(7). | $3,673.95 | $3,673.95 | | $0.00 | FA |
| 17  Tax Refund: Possible federal, state and local income tax and earned income credit refunds for 2023. All previous years refunds received pre-petition. | Unknown | $0.00 | | $0.00 | FA |
| 18  Insurance: Life, Term Insurance - no cash value. Beneficiary is Debtor's spouse. | $0.00 | $0.00 | | $0.00 | FA |
| 19  Insurance: Auto and the proceeds thereof. No claims pending. | $0.00 | $0.00 | | $0.00 | FA |
| 20  Insurance: Homeowners/Renters and the proceeds thereof. No claims pending. | $0.00 | $0.00 | | $0.00 | FA |
| 21  Big Sandy | $707.98 | $707.98 | | $0.00 | $707.98 |
| 22  Am Ex | $1,051.28 | $1,051.28 | | $0.00 | $1,051.28 |
| 23  Upgrade | $1,075.50 | $1,075.50 | | $0.00 | $1,075.50 |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

|  | $187,444.06 | $8,798.06 | | $0.00 | $2,834.76 |
| --- | --- | --- | --- | --- | --- |

Initial Projected Date Of Final Report (TFR):   05/31/2024     Current Projected Date Of Final Report (TFR):

/s/ BRENT A. STUBBINS
BRENT A. STUBBINS